Next case on the docket is 5-13-0490 Campbell-Hassan.